**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DEBORAH HADDAD, | : | No. 412 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GEORGE ZAWILLA AND BONNIE | : | |
| ZAWILLA, HIS WIFE, D/B/A GORILLA | : | |
| GENERAL CONTRACTOR AND | : | |
| GORILLA CONTRACTING, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.